**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.   CASE NO. 6:24-cr-104-JA-LHP

NIJAH JAHNI MITCHELL

## ORDER

The Government has moved to correct a scrivener's error in Count 10 of the Superseding Indictment. (Mot., Doc. 126). The Superseding Indictment, signed April 30, 2025, lists the date of the alleged offense in Count 10 as April 1, 2025, when it should be April 1, 2023. (*Id.*; Doc. 109). The date is not an essential element of the crime alleged. *See, e.g., United States v. Williams*, 785 F. App'x 692, 700 (11th Cir. 2019). Accordingly, the motion (Doc. 126) is **granted**. The Government is directed to file an amended Superseding Indictment prior to the start of trial.

**DONE** and **ORDERED** on May 15, 2025.

JOHN ANTOON II
United States District Judge

Copies to:
United States Attorney
Counsel for Defendant