# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                            CASE NO. 6:24-cr-104-JA-LHP

NIJAH JAHNI MITCHELL

_____

### ORDER

The jury trial in this case is scheduled to begin at 9:00 a.m. on May 19, 2025, in Courtroom 6B, George C. Young Federal Annex Courthouse, 401 W. Central Blvd., Orlando, Florida 32801. Counsel is directed to appear at 8:30 a.m. the same day.

**DONE** and **ORDERED** on May 15, 2025.

JOHN ANTOON II
United States District Judge

Copies to:
United States Attorney
Counsel for Defendant